AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 7:21mj121 | Date and time warrant executed: 8/20/21 | Copy of warrant ~~and inventory~~ left with: Facebook |
| Inventory made in the presence of: TFO Brian McBride |||
| Inventory of the property taken and name of any person(s) seized: Information associated with Account Number 100003816944565 |||

Received in Chambers
By Reliable Electronic Means

September 1, 2021

Hon. Robert S. Ballou
United States Magistrate

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 9/1/21<br><br>_____<br>Executing officer's signature<br><br>Andrew Burton, Special Agent<br>Printed name and title |